UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

CIVIL ACTION NO. 2:23-CV-00169-CHB-EBA

WILLIAM ROYAL PETREY,                                                                 PLAINTIFF,

V.              **REPORT AND RECOMMENDATION**

WARDEN KEVIN MAZZA, *et al.*,                                                         DEFENDANT.

\*\*\* \*\*\* \*\*\* \*\*\*

Defendant William Royal Petrey, proceeding *pro se*, and pursuant to the Court's previous Order [R. 10], has filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 using the appropriate form. [R. 11]. While Petrey's petition is not clear on all points, it appears that he is seeking habeas relief as it relates to his state conviction. [R. 1; R. 11]. However, Petrey has previously sought habeas relief with this Court in *Petrey v. Bottom*, Civil Action No. 2:16-CV-72-GFVT-REW and *Petrey v. Commonwealth of Kentucky*, Civil Action No. 2:21-CV-149-JMH-CJS. As such, this petition is a successive petition and Petrey is therefore required to obtain permission from the Sixth Circuit Court of Appeals before he can present a successive petition. *See* 28 U.S.C. § 2244(b)(3). To the extent Petrey is seeking to pursue civil rights claims, he has attempted to pursue such claims in his previous cases and as in those cases, any such claims must be dismissed for failure to state a claim. *See Petrey v. Commonwealth of Kentucky*, Civil Action No. 2:21-CV-149-JMH-CJS, R. 10. Accordingly,

IT IS RECOMMENDED that the Clerk be directed to TRANSFER this case to the Sixth Circuit Court of Appeals.

IT IS ALSO RECOMMENDED that to the extent Petrey's petition seeks to assert any civil

rights claims, that these claims be DENIED.

Signed March 12, 2024.



Signed By:
*Edward B. Atkins*  *EBA*
United States Magistrate Judge